DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
DAVID S. LOUK, SBN 304654
ROBB W. KAPLA, SBN 238896
ESTIE M. KUS, SBN 239523
Deputy City Attorneys
Fox Plaza
1390 Market St., 6th Fl.
San Francisco, CA 94102-4682
Telephone:    (415) 355-0844 (Louk)
              (415) 554-4647 (Kapla)
              (415) 554-3924 (Kus)
Facsimile:    (415) 437-4644
E-Mail:       david.louk@sfcityatty.org
              robb.kapla@sfcityatty.org
              estie.kus@sfcityatty.org

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant. | Case No. 3:24-cv-02594-SK<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1   Pursuant to Civil Local Rule 5-1(c)(2)(A), please take notice that Deputy City Attorney David Louk is appearing as counsel for Defendant in the above-captioned matter. All filings and communications should be addressed to Mr. Louk as follows:

> David S. Louk, SBN 304654
> Deputy City Attorney
> San Francisco City Attorney's Office
> Fox Plaza
> 1390 Market St., 6th Fl.
> San Francisco, CA  94102-4682
> Telephone: (415) 355-0844
> Facsimile:  (415) 437-4644
> Email:  David.Louk@sfcityatty.org

Please include Mr. Louk on all proofs of service and communications in this matter.

Dated:  May 2, 2024

>   Respectfully submitted,
>
>   DAVID CHIU
>   City Attorney
>   YVONNE R. MERÉ
>   Chief Deputy City Attorney
>   SARA J. EISENBERG
>   Chief of Complex & Affirmative Litigation
>   DAVID S. LOUK
>   ROBB W. KAPLA
>   ESTIE M. KUS
>   Deputy City Attorneys
>
>   By:   */s/ David Louk*
>
>   *Attorneys for Defendant*
>   CITY AND COUNTY OF SAN FRANCISCO