UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, et al., <br> Plaintiff(s), <br> v. <br> City & County of San Francisco, <br> Defendant(s). | Case No. 3:24-cv-02594-SK <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Joshua H. Van Eaton, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City & County of San Francisco in the above-entitled action. My local co-counsel in this case is David S. Louk, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 304654.

Beveridge & Diamond P.C., 1900 N Street N.W., Suite 100, Washington, D.C. 20036
MY ADDRESS OF RECORD

(202) 789-6000
MY TELEPHONE # OF RECORD

jvaneaton@bdlaw.com
MY EMAIL ADDRESS OF RECORD

San Francisco City Attorney's Office, 1390 Market St, Fl 7, San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 554-4700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

David.Louk@sfcityatty.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1644665.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero (0) times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2024                                    Joshua H. Van Eaton
                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua H. Van Eaton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                                    _____
                                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE