1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   Email: michael.t.pyle@usdoj.gov
6
   Attorneys for Plaintiff United States of America
7
                   UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA and          ) CASE NO. 3:24-cv-2594-AMO
   | PEOPLE OF THE STATE OF CALIFORNIA    )
12 | by and through CALIFORNIA REGIONAL   ) NOTICE OF APPEARANCE
   | WATER QUALITY CONTROL BOARD,         )
13 | SAN FRANCISCO BAY REGION,             )
   |                                       )
14 |         Plaintiffs,                   )
   |                                       )
15 |    v.                                 )
   |                                       )
16 | CITY AND COUNTY OF SAN                )
   | FRANCISCO,                            )
17 |                                       )
   |                                       )
18 |         Defendant.                    )

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
CASE NO. 3:24-cv-2594-AMO

TO THE COURT, ALL PARTIES, AND COUNSEL:

Please take notice that Assistant United States Attorney Michael Pyle is entering an appearance as counsel for Plaintiff United States of America in the above-captioned matter. All filings and communications should be addressed to Mr. Pyle as follows:

> MICHAEL T. PYLE
> Assistant United States Attorney
> 150 Almaden Boulevard, Suite 900
> San Jose, California 95113
> Telephone: (408) 535-5087
> Email: michael.t.pyle@usdoj.gov

Please include Mr. Pyle on all proofs of service and communications in this matter.

Dated: May 7, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

By: /s/ *Michael T. Pyle*
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for Plaintiff United States of America

NOTICE OF APPEARANCE
CASE NO. 3:24-cv-02594-AMO

1