1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, SBN 269303
   Chief of Complex & Affirmative Litigation
4  DAVID S. LOUK, SBN 304654
   ROBB W. KAPLA, SBN 238896
5  ESTIE M. KUS, SBN 239523
   Deputy City Attorneys
6  Fox Plaza
   1390 Market St., 6th Fl.
7  San Francisco, CA 94102-4682
   Telephone:     (415) 355-0844 (Louk)
8                 (415) 554-4647 (Kapla)
                  (415) 554-3924 (Kus)
9  Facsimile:     (415) 437-4644
   E-Mail:        david.louk@sfcityatty.org
10                robb.kapla@sfcityatty.org
                  estie.kus@sfcityatty.org
11
   *Attorneys for Defendant*
12 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 3:24-cv-02594-SK<br><br>**NOTICE OF APPEARANCE** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 5-1(c)(2)(A), please take notice that Deputy City Attorney Estie Kus is appearing as counsel for Defendant in the above-captioned matter. All filings and communications should be addressed to Ms. Kus as follows:

> ESTIE M. KUS, SBN 239523
> Deputy City Attorney
> San Francisco City Attorney's Office
> Fox Plaza
> 1390 Market St., 4th Fl.
> San Francisco, CA  94102-4682
> Telephone: (415) 554-3924
> Facsimile:  (415) 437-4644
> Email:  Estie.Kus@sfcityatty.org

Please include Ms. Kus on all proofs of service and communications in this matter.

Dated:  May 8, 2024

> Respectfully submitted,
>
> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> Chief Deputy City Attorney
> SARA J. EISENBERG
> Chief of Complex & Affirmative Litigation
> DAVID S. LOUK
> ROBB W. KAPLA
> ESTIE M. KUS
> Deputy City Attorneys
>
> By:  */s/ Estie Kus*
>
> *Attorneys for Defendant*
> CITY AND COUNTY OF SAN FRANCISCO