Eric J. Buescher (Bar No. 271323)
Nicole C. Sasaki (Bar No. 298736)
**SAN FRANCISCO BAYKEEPER**
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: eric@baykeeper.org
Email: nicole@baykeeper.org

Daniel Cooper (Bar No. 153576)
Jessica Hollinger (Bar No. 344211)
Kristina Hambley (Bar No. 352499)
**SYCAMORE LAW, INC.**
1004-B O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 360-2962
Email: daniel@sycamore.law
Email: jessica@sycamore.law
Email: kristina@sycamore.law

<u>Attorneys for Intervenor-Plaintiff</u>
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>and SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Civil Case No.: 3:24-cv-02594-AMO<br><br>**[PROPOSED] ORDER GRANTING BAYKEEPER'S MOTION TO INTERVENE AND FILE BAYKEEPER'S COMPLAINT IN INTERVENTION**<br><br>**(Federal Rule of Civil Procedure 24(a); Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.)**<br><br>Complaint Filed:   May 1, 2024<br><br>[Proposed] Hearing Date: June 20, 2024<br>Time:   2:00 p.m.<br>Courtroom:   10<br>Judge:   Hon. Araceli Martinez-Olguin |

**[PROPOSED] ORDER**

Whereas, Intervenor-Plaintiff Baykeeper, Inc. ("Intervenor" or "Baykeeper"), has moved to intervene in this matter;

Whereas, section 505(b)(1)(B) of the Clean Water Act ("CWA"), 33 U.S.C. § 1365(b)(1)(B), authorizes any citizen to intervene as a matter of right in any ongoing civil action brought by the Administrator of the U.S. Environmental Protection Agency ("EPA") to require compliance with a standard, limitation, or order under the CWA;

Whereas, this action is a civil action brought by EPA pursuant to section 309 of the CWA, 33 U.S.C. § 1319, against the City and County of San Francisco ("Defendant") to require compliance with CWA standards, limitations, and orders prohibiting the discharge of sewage without CWA permit authorization;

Whereas, Baykeeper's Motion to Intervene was timely filed; Baykeeper's Motion to Intervene creates no prejudice to the existing parties to this litigation;

Whereas, good cause appears:

The Court hereby GRANTS Baykeeper's Motion to Intervene, and deems Baykeeper's [Proposed] Complaint in Intervention as filed on this date.

IT IS SO ORDERED.

Date: _____, 2024       By: _____
                                  Honorable Araceli Martinez-Olguin
                                  U.S. District Judge