| | |
|---|---|
| 1 | TODD KIM |
| | Assistant Attorney General |
| 2 | SHEILA McANANEY (ILBN 6309635) |
| 3 | BRIAN D. SCHAAP (DCBN 1780655) |
| | SAMANTHA M. RICCI (CABN 324517) |
| 4 | Trial Attorneys |
| 5 | Environmental Enforcement Section |
| | Environment & Natural Resources Division |
| 6 | United States Department of Justice |
| | P.O. Box 7611 |
| 7 | Washington, D.C. 20044 |
| 8 | Telephone: (202) 616-6535 (McAnaney) |
| | Emails: Sheila.McAnaney@usdoj.gov |
| 9 | Brian.Schaap@usdoj.gov |
| | Samantha.Ricci@usdoj.gov |
| 10 | |
| 11 | MARK C. ELMER (DCBN 453066) |
| | Senior Counsel |
| 12 | Environmental Enforcement Section |
| 13 | U.S. Department of Justice |
| | 999 18th Street, South Terrace, Suite 370 |
| 14 | Denver, Colorado 80202 |
| | Telephone: (303) 844-1352 |
| 15 | Email: Mark.Elmer@usdoj.gov |
| 16 | *Attorneys for Plaintiff United States of America* |
| 17 | |
| 18 | (Counsel cont'd on next page) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, | Case No. 3:24-cv-02594-AMO |
| Plaintiffs, | **NOTICE OF APPEARANCE OF SAMANTHA M. RICCI** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Notice of Appearance of Samantha M. Ricci
3:24-cv-02594-AMO

1

| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163) |
| 3 | Chief, Civil Division |
| | EKTA DHARIA (NYRN 5219860) |
| 4 | MICHAEL T. PYLE (CABN 172954) |
| 5 | Assistant United States Attorneys |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7276 |
| 7 | Facsimile: (415) 436-6748 |
| 8 | Email: Ekta.Dharia@usdoj.gov |
| 9 | *Attorneys for Plaintiff United States of America* |

Notice of Appearance of Samantha M. Ricci
3:24-cv-02594-AMO

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 5-1(c)(2), please take notice that Samantha M. Ricci hereby enters her appearance as additional counsel for Plaintiff United States of America in the above-captioned matter.

Plaintiff United States of America requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be also directed and served upon counsel at the address below:

> Samantha M. Ricci
> Environmental Enforcement Section
> U.S. Department of Justice
> P.O. Box 7611
> Washington, D.C. 20044
> Telephone: (202) 532-3950
> Email: samantha.ricci@usdoj.gov

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/ Samantha M. Ricci
Samantha M. Ricci
Counsel for Plaintiff United States of America

Notice of Appearance of Samantha M. Ricci
3:24-cv-02594-AMO

3