Eric J. Buescher (Bar No. 271323)
Nicole C. Sasaki (Bar No. 298736)
**SAN FRANCISCO BAYKEEPER**
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: eric@baykeeper.org
Email: nicole@baykeeper.org

Daniel Cooper (Bar No. 153576)
Jessica Hollinger (Bar No. 344211)
Kristina Hambley (Bar No. 352499)
**SYCAMORE LAW, INC.**
1004-B O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 360-2962
Email: daniel@sycamore.law
Email: jessica@sycamore.law
Email: kristina@sycamore.law

<u>Attorneys for Intervenor-Plaintiff</u>
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>and SAN FRANCISCO BAYKEEPER, a California non-profit corporation,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Civil Case No.: 3:24-cv-02594-AMO<br><br>**NOTICE OF APPEARANCE DANIEL COOPER**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*.)**<br><br>Complaint Filed:     May 1, 2024<br><br>Judge:     Hon. Araceli Martinez-Olguin |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 5-1(c)(2), please take notice that Daniel Cooper hereby enters his appearance as additional counsel for Plaintiff-Intervenor San Francisco Baykeeper in the above captioned matter.

Plaintiff-Intervenor San Francisco Baykeeper requests all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter also be directed and served upon counsel at the address below:

**Daniel Cooper (Bar No. 153576)**
SYCAMORE LAW, INC.
1004-B O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 360-2962
Email: daniel@sycamore.law

May 30, 2024                                   Respectfully submitted,

*/s/ Daniel Cooper*
Counsel for Plaintiff-Intervenor
San Francisco Baykeeper