TODD KIM
Assistant Attorney General
SHEILA McANANEY (ILBN 6309635)
BRIAN D. SCHAAP (DCBN 1780655)
SAMANTHA M. RICCI (CABN 324517)
Trial Attorneys
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 616-6535 (McAnaney)
Emails: Sheila.McAnaney@usdoj.gov
　　　　Brian.Schaap@usdoj.gov
　　　　Samantha.Ricci@usdoj.gov
MARK C. ELMER (DCBN 453066)
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1352
Email: Mark.Elmer@usdoj.gov

*Attorneys for Plaintiff United States of America*

(Counsel cont'd on next page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE SATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No: 3:24-cv-02594-AMO<br><br>**JOINT STATUS REPORT ON ADR PROCESS**<br><br>Hon. Araceli Martinez-Olguin |

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorneys
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7276
Email: Ekta.Dharia@usdoj.gov

*Attorneys for Plaintiff United States of America*

ROB BONTA
Attorney General of California
TRACY L. WINSOR
Senior Assistant Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General
BRYANT B. CANNON (SBN 284496)
MARC N. MELNICK (SBN 168187)
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-0750
Fax: (510) 622-2270
E-mail: Marc.Melnick@doj.ca.gov

*Attorneys for Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region*

**JOINT STATUS REPORT ON ADR PROCESS**

On June 3, 2024, the Court entered the Parties' – Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and

County of San Francisco ("City" or "Defendant") – Joint Stipulation and Order Selecting ADR Process and a stay of the litigation through December 31, 2024.  ECF No. 26.  The Order directs the Parties to file a joint status report by November 15, 2024, advising the Court of the status of their efforts to resolve this matter through private mediation.  The Parties' joint response summarizing the mediation timeline and efforts to date are respectfully submitted below.

**The Mediation Timeline**

Following the Court Order staying the litigation, the United States, the Regional Water Board, and the City expeditiously initiated the contracting processes pursuant to their respective policies and procedures for review, approval, and onboarding of the private mediator.  On July 3, 2024, all three of the Government Parties finalized the contracting process with the mediator and had approvals to officially begin the mediation process.  Below is a timeline of the mediation events that followed.

- Parties exchanged proposals for mediation topics – July 16, 2024
- Initial Meeting with the mediator and all Parties to set mediation schedule – July 24, 2024
- Parties exchanged mediation statements – September 5, 2024
- Two-day in-person mediation sessions – September 17-18, 2024
- Virtual meeting with all Parties and the mediator – October 29, 2024
- In-person mediation session – November 12, 2024

The Parties have scheduled another in-person mediation session for December 3, 2024. In addition to the formal mediation sessions, the Parties, and their counsel, have met informally to continue discussions.

**Current Status of the Mediation**

The Parties have held three mediation sessions and have a fourth session scheduled in December. Given the number and variety of claims at issue, the Parties approached mediation with the goal of resolving discrete, central issues that would form the basis of a resolution without further litigation. The Parties have made progress on some of those issues during the mediation sessions and believe additional progress can be made during the December mediation session. Following the December session, the Parties will determine whether to jointly seek from this Court an extension of the current stay.

Respectfully submitted,

Dated: November 15, 2024      FOR PLAINTIFF THE UNITED STATES OF AMERICA

By: *s/ Samantha M. Ricci*

SHEILA MCANANEY (ILBN 6309635)
BRIAN D. SCHAAP (DCBN 1780655)
SAMANTHA M. RICCI (CABN 324517)
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
MARK C. ELMER (DCBN 453066)
Senior Counsel
Environmental Enforcement Section
999 18th St., South Terrae, Suite 370
Denver, CO 80202
Telephone: (202) 616-6535 (McAnaney)
E-mail: sheila.mcananey@usdoj.gov

FOR PLAINTIFF THE STATE OF CALIFORNIA

By: *s/ Marc N. Melnick*
MARC N. MELNICK (SBN 168187)
Deputy Attorney General
Email: Marc.Melnick@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612
Telephone: (510) 879-0750

FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

By: *s/ Nicole C. Sasaki*
NICOLE C. SASAKI (SBN 298736)
Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: *s/ David S. Louk*
DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ROBB W. KAPLA (SBN 238896)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephone:    (415) 355-0844 (Louk)
              (415) 554-4647 (Kapla)
              (415) 554-3924 (Kus)
Facsimile:    (415) 554-3924
Email:        david.louk@sfcityatty.org
              robb.kapla@sfcityatty.org
              estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.

5

1900 N Street NW, Suite 100
Washington, DC 20036
Telephone:   (202) 789-6000
Facsimile:   (202) 789-6190
Email:       asilton@bdlaw.com
             jvaneaton@bdlaw.com

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

<u>s/ Samantha M. Ricci</u>
Samantha M. Ricci
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044