```
1   TODD KIM
    Assistant Attorney General
2   SHEILA McANANEY (ILBN 6309635)
3   BRIAN D. SCHAAP (DCBN 1780655)
    SAMANTHA M. RICCI (CABN 324517)
4   Trial Attorneys
    Environmental Enforcement Section
5   Environment & Natural Resources Division
    United States Department of Justice
6   P.O. Box 7611
7   Washington, D.C.  20044
    Telephone: (202) 616-6535 (McAnaney)
8   Emails: Sheila.McAnaney@usdoj.gov
9           Brian.Schaap@usdoj.gov
            Samantha.Ricci@usdoj.gov
10  MARK C. ELMER (DCBN 453066)
    Senior Counsel
11  Environmental Enforcement Section
12  U.S. Department of Justice
    999 18th Street, South Terrace, Suite 370
13  Denver, Colorado 80202
    Telephone: (303) 844-1352
14  Email: Mark.Elmer@usdoj.gov

15
    *Attorneys for Plaintiff United States of America*
16
17      (Counsel cont'd on next page)
```

(Counsel cont'd on next page)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No: 3:24-cv-02594-AMO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION DEADLINES** <br><br> Hon. Araceli Martinez-Olguin |

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  EKTA DHARIA (NYRN 5219860)
4  Assistant United States Attorneys
   450 Golden Gate Avenue
5  San Francisco, California 94102
6  Telephone: (415) 436-7276
   Email: Ekta.Dharia@usdoj.gov
7
8  *Attorneys for Plaintiff United States of America*

9  ROB BONTA
   Attorney General of California
10 TRACY L. WINSOR
   Senior Assistant Attorney General of California
11 MYUNG J. PARK
12 Supervising Deputy Attorney General
   BRYANT B. CANNON (SBN 284496)
13 MARC N. MELNICK (SBN 168187)
   Deputy Attorneys General
14 1515 Clay Street, 20th Floor
15 P.O. Box 70550
   Oakland, CA  94612-0550
16 Telephone: (510) 879-0750
   Fax: (510) 622-2270
17 E-mail: Marc.Melnick@doj.ca.gov
18
   *Attorneys for Plaintiff People of the State of*
19 *California by and through the California Regional*
   *Water Quality Control Board, San Francisco Bay*
20 *Region*
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                1

The Parties – Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") – request that the Court extend its June 3, 2024 Order (ECF No. 26) to allow the Parties to continue productive settlement discussions. As noted in the Parties' Joint Status Report on ADR Process, the Parties have participated in four mediation sessions to date. (ECF No. 28). Counsel for the Parties have met and conferred and reached the following stipulation:

1. The Parties agree that settlement discussions during the current stay of litigation have been productive.
2. The Parties agree to continue productive settlement discussions through April 30, 2025, and have already scheduled meetings in January and February.
3. The Parties agree the Confidentiality terms of the Court's June 3, 2024 Order should continue to govern such discussions.

### **Stay of Litigation Deadlines**

1. The Parties request that all Case Management Conferences be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, be stayed through April 30, 2025.
2. The Parties shall submit a joint status report by April 15, 2025, advising the Court of the status of their efforts to resolve this matter without further litigation.
3. If any Party withdraws from the mediation process prior to April 15, 2025, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).
4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any Party withdraws from the mediation process or May 21, 2025, whichever is earlier.

1  IT IS SO STIPULATED.

2

3  Dated: 12/9/2024     FOR PLAINTIFF UNITED STATES OF AMERICA:

4

5  By: *s/ Sheila McAnaney*

6  SHEILA McANANEY (ILBN 6309635)
   SAMANTHA M. RICCI (CABN 324517)

7  Trial Attorneys
   U.S. Department of Justice

8  Environment and Natural Resources Division
   Environmental Enforcement Section

9  P.O. Box 7611
   Washington, DC  20044

10 Telephone: (202) 616-6535 (McAnaney)

11 Email: sheila.mcananey@usdoj.gov

12

13 FOR PLAINTIFF THE STATE OF CALIFORNIA:

14

15 By: *s/ Marc N. Melnick*
   MARC N. MELNICK (SBN 168187)

16 Deputy Attorney General
   Email: Marc.Melnick@doj.ca.gov

17 1515 Clay Street, 20th Floor
   P.O. Box 70550

18 Oakland, CA  94612
   Telephone: (510) 879-0750

19

20 FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

21

22 By: *s/ Nicole C. Sasaki*
   NICOLE C. SASAKI (SBN 298736)

23 Staff Attorney
   Email: nicole@baykeeper.org

24 1736 Franklin Street, Suite 800
   Oakland, CA 94612

25

26

27

28

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO     3

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: *s/ David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ROBB W. KAPLA (SBN 238896)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephones:   (415) 355-0844 (Louk)
              (415) 554-4647 (Kapla)
              (415) 554-3924 (Kus)
Facsimile:    (415) 554-3924
Emails:       david.louk@sfcityatty.org
              robb.kapla@sfcityatty.org
              estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone:   (202) 789-6000
Facsimile:   (202) 789-6190
Emails:      asilton@bdlaw.com
             jvaneaton@bdlaw.com

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

                                    *s/ Sheila McAnaney*
                                    Sheila McAnaney
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Environment and Natural Resources Division
                                    Environmental Enforcement Section
                                    P.O. Box 7611
                                    Washington, DC  20044

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. All proceedings in this matter, including Case Management Conferences and any otherwise applicable deadlines, are stayed through April 30, 2025.
2. The Parties shall submit a joint status report by April 15, 2025, advising the Court of the status of their efforts to resolve this matter through private mediation.
3. If any Party withdraws from the mediation process prior to April 15, 2025, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).
4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 4 by no later than 21 days after any Party withdraws from the mediation process or May 21, 2025, whichever is earlier.
5. Confidential information and settlement communications during the mediation process shall continue to be governed by the Confidentiality provisions in ADR L.R. 6.12 and the Court's Order of June 3, 2024 (ECF No. 26).

Date: _____

Hon. Araceli Martinez-Olguin
United States District Judge