1  TODD KIM
   Assistant Attorney General
2  SHEILA McANANEY (ILBN 6309635)
3  BRIAN D. SCHAAP (DCBN 1780655)
   SAMANTHA M. RICCI (CABN 324517)
4  Trial Attorneys
   Environmental Enforcement Section
5  Environment & Natural Resources Division
6  United States Department of Justice
   P.O. Box 7611
7  Washington, D.C.  20044
   Telephone: (202) 616-6535 (McAnaney)
8  Emails: Sheila.McAnaney@usdoj.gov
9          Brian.Schaap@usdoj.gov
           Samantha.Ricci@usdoj.gov
10 MARK C. ELMER (DCBN 453066)
   Senior Counsel
11 Environmental Enforcement Section
12 U.S. Department of Justice
   999 18ᵗʰ Street, South Terrace, Suite 370
13 Denver, Colorado 80202
   Telephone: (303) 844-1352
14 Email: Mark.Elmer@usdoj.gov

15 *Attorneys for Plaintiff United States of America*
16
17     (Counsel cont'd on next page)

18              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
19              SAN FRANCISCO DIVISION
20

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, ) ) ) ) ) | Case No: 3:24-cv-02594-AMO |
| Plaintiffs, ) ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF LITIGATION DEADLINES** |
| v. ) ) | |
| CITY AND COUNTY OF SAN FRANCISCO, ) ) | Hon. Araceli Martínez-Olguín |
| Defendant. ) | |

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO

1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
3   EKTA DHARIA (NYRN 5219860)
4   Assistant United States Attorneys
    450 Golden Gate Avenue
5   San Francisco, California 94102
6   Telephone: (415) 436-7276
    Email: Ekta.Dharia@usdoj.gov
7

8   *Attorneys for Plaintiff United States of America*

9   ROB BONTA
    Attorney General of California
10  TRACY L. WINSOR
    Senior Assistant Attorney General of California
11  MYUNG J. PARK
12  Supervising Deputy Attorney General
    BRYANT B. CANNON (SBN 284496)
13  MARC N. MELNICK (SBN 168187)
    Deputy Attorneys General
14  1515 Clay Street, 20th Floor
    P.O. Box 70550
15  Oakland, CA  94612-0550
16  Telephone: (510) 879-0750
    Fax: (510) 622-2270
17  E-mail: Marc.Melnick@doj.ca.gov

18
    *Attorneys for Plaintiff People of the State of*
19  *California by and through the California Regional*
    *Water Quality Control Board, San Francisco Bay*
20  *Region*

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                    1

The Parties – Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") – request that the Court extend its June 3, 2024 Order (ECF No. 26) to allow the Parties to continue productive settlement discussions. As noted in the Parties' Joint Status Report on ADR Process, the Parties have participated in four mediation sessions to date. (ECF No. 28). Counsel for the Parties have met and conferred and reached the following stipulation:

1. The Parties agree that settlement discussions during the current stay of litigation have been productive.

2. The Parties agree to continue productive settlement discussions through April 30, 2025, and have already scheduled meetings in January and February.

3. The Parties agree the Confidentiality terms of the Court's June 3, 2024 Order should continue to govern such discussions.

## Stay of Litigation Deadlines

1. The Parties request that all Case Management Conferences be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, be stayed through April 30, 2025.

2. The Parties shall submit a joint status report by April 15, 2025, advising the Court of the status of their efforts to resolve this matter without further litigation.

3. If any Party withdraws from the mediation process prior to April 15, 2025, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any Party withdraws from the mediation process or May 21, 2025, whichever is earlier.

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                    2

1    IT IS SO STIPULATED.

2

3        Dated: 12/9/2024                    FOR PLAINTIFF UNITED STATES OF
                                             AMERICA:
4
                                             By:  s/ Sheila McAnaney
5
                                             SHEILA McANANEY (ILBN 6309635)
6                                            SAMANTHA M. RICCI (CABN 324517)
                                             Trial Attorneys
7                                            U.S. Department of Justice
                                             Environment and Natural Resources Division
8                                            Environmental Enforcement Section
                                             P.O. Box 7611
9                                            Washington, DC  20044
                                             Telephone: (202) 616-6535 (McAnaney)
10                                           Email: sheila.mcananey@usdoj.gov
11

12
                                             FOR PLAINTIFF THE STATE OF
13                                           CALIFORNIA:

14
                                             By:  s/ Marc N. Melnick
15                                           MARC N. MELNICK (SBN 168187)
                                             Deputy Attorney General
16                                           Email:  Marc.Melnick@doj.ca.gov
                                             1515 Clay Street, 20th Floor
17                                           P.O. Box 70550
                                             Oakland, CA  94612
18                                           Telephone: (510) 879-0750
19

20                                           FOR PLAINTIFF-INTERVENOR SAN
                                             FRANCISCO BAYKEEPER:
21
                                             By: s/ Nicole C. Sasaki
22                                           NICOLE C. SASAKI (SBN 298736)
                                             Staff Attorney
23                                           Email: nicole@baykeeper.org
                                             1736 Franklin Street, Suite 800
24                                           Oakland, CA 94612

25

26

27

28

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                   3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOR DEFENDANT CITY AND COUNTY OF
SAN FRANCISCO:


By: *s/ David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ROBB W. KAPLA (SBN 238896)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephones:   (415) 355-0844 (Louk)
              (415) 554-4647 (Kapla)
              (415) 554-3924 (Kus)
 Facsimile:   (415) 554-3924
 Emails:      david.louk@sfcityatty.org
              robb.kapla@sfcityatty.org
              estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone:    (202) 789-6000
Facsimile:    (202) 789-6190
Emails:       asilton@bdlaw.com
              jvaneaton@bdlaw.com

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                    4

1

**ATTESTATION**

2

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

3

4

5

6
                                      *s/ Sheila McAnaney*_____
                                      Sheila McAnaney

7                                     Trial Attorney
                                      U.S. Department of Justice

8                                     Environment and Natural Resources Division
                                      Environmental Enforcement Section

9                                     P.O. Box 7611
                                      Washington, DC  20044

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                    5

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. All proceedings in this matter, including Case Management Conferences and any otherwise applicable deadlines, are stayed through April 30, 2025.

2. The Parties shall submit a joint status report by April 15, 2025, advising the Court of the status of their efforts to resolve this matter through private mediation.

3. If any Party withdraws from the mediation process prior to April 15, 2025, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 4 by no later than 21 days after any Party withdraws from the mediation process or May 21, 2025, whichever is earlier.

5. Confidential information and settlement communications during the mediation process shall continue to be governed by the Confidentiality provisions in ADR L.R. 6.12 and the Court's Order of June 3, 2024 (ECF No. 26).

Date: December 9, 2024

Hon. Araceli Martínez-Olguín
United States District Judge

Stipulation and [Proposed] Order
Extending Stay of Litigation Deadlines
Case No. 3:24-cv-02594-AMO                6