ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
SHEILA McANANEY (ILBN 6309635)
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 353-5316
Email: Sheila.McAnaney@usdoj.gov

*Attorney for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No: 3:24-cv-02594-AMO<br><br>**UNITED STATES' MOTION FOR STAY OF DEADLINES IN LIGHT OF LAPSE IN APPROPRIATIONS**<br><br>Hon. Araceli Martinez-Olguin |

UNITED STATES' MOTION FOR STAY
OF ALL DEADLINES IN LIGHT OF
LAPSE IN APPROPRIATIONS
Case No. 3:24-cv-02594-AMO

1

# UNITED STATES' MOTION FOR STAY OF DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS

On April 14, 2025, the Court ordered the stay of all litigation deadlines in the above-captioned matter through October 31, 2025, pending ongoing mediation. (ECF No. 34). The Court also ordered the parties to submit a joint status report on the status of mediation by October 31, 2025. *Id.* Plaintiff, the United States of America, hereby moves for a stay of all deadlines, including submission of the joint status report and any litigation deadlines following October 31, 2025, in light of the ongoing lapse of appropriations to the U.S. Department of Justice.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, U.S. Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the U.S. Department of Justice therefore requests a stay of all deadlines in this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

UNITED STATES' MOTION FOR STAY
OF ALL DEADLINES IN LIGHT OF
LAPSE IN APPROPRIATIONS
Case No. 3:24-cv-02594-AMO

5. Opposing counsel, counsel for Plaintiff State of California, and counsel for Plaintiff-Intervenor San Francisco Baykeeper have authorized counsel for the United States to state that the other parties have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of all deadlines in this case until U.S. Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

Dated: October 21, 2025

FOR PLAINTIFF THE UNITED STATES OF AMERICA

By: s/ Sheila McAnaney

SHEILA MCANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 353-5316
E-mail: sheila.mcananey@usdoj.gov

UNITED STATES' MOTION FOR STAY OF ALL DEADLINES IN LIGHT OF LAPSE IN APPROPRIATIONS
Case No. 3:24-cv-02594-AMO