ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SHEILA McANANEY (ILBN 6309635)
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 353-5316
Email: Sheila.McAnaney@usdoj.gov

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No: 3:24-cv-02594-AMO<br><br>**UNITED STATES' UNOPPOSED MOTION TO LIFT STAY**<br><br>Hon. Araceli Martinez-Olguin |

UNITED STATES' UNOPPOSED MOTION
TO LIFT STAY
Case No. 3:24-cv-02594-AMO

1

**UNITED STATES' UNOPPOSED MOTION TO LIFT STAY**

Plaintiff, the United States of America, hereby notifies the Court that appropriations have been restored to the Department of Justice and moves to lift the stay in the above-captioned case. The other parties in this matter do not oppose this motion.

1. On October 24, 2025, upon motion by Plaintiff, the United States of America, the Court stayed all deadlines in this matter, including a Joint Status Report due October 31, 2025, in light of a lapse in appropriations to the Department of Justice and most other Executive agencies. (ECF No. 37).

2. Under the Order, undersigned counsel "will notify the Court as soon as Congress has appropriated funds for the Department." *Id.*

3. On November 12, 2025, the lapse in appropriations ended, when the President signed H.R. 5371— Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, so the stay is no longer necessary.

4. Under the Order, "[a]ll current deadlines for the parties are extended commensurate with the duration of the lapse of appropriations." *Id.* This sets the deadline for the Joint Status Report as December 15, 2025 (i.e., the Monday following December 14, 2025, which is 44 days after October 31, 2025).

* * *

WHEREFORE, the United States respectfully requests that the Court grant this unopposed motion and enter the attached proposed order to lift the stay of the case and extend all current deadlines commensurate with the duration of the lapse in appropriations. A copy of the proposed order has been sent to Chambers via electronic mail.

UNITED STATES' UNOPPOSED MOTION
TO LIFT STAY
Case No. 3:24-cv-02594-AMO

Respectfully submitted,

Dated: November 17, 2025

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

By:  *s/ Sheila McAnaney*

SHEILA MCANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 353-5316
E-mail: sheila.mcananey@usdoj.gov

UNITED STATES' UNOPPOSED MOTION
TO LIFT STAY
Case No. 3:24-cv-02594-AMO

3