UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No: 3:24-cv-02594-AMO <br><br> **[PROPOSED] ORDER LIFTING STAY** <br><br> Hon. Araceli Martinez-Olguin |

## **[PROPOSED] ORDER LIFTING STAY**

1. The stay entered by this Court on October 24, 2025, in light of a lapse in appropriations to the United States Department of Justice and most other federal Executive agencies (ECF No. 37) is hereby lifted.

2. All current deadlines for the parties will be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline is extended by 44 days. Accordingly, the parties' Joint Status Report is due on December 15, 2025.

Date: _____

_____
Hon. Araceli Martinez-Olguin
United States District Judge

[Proposed] Order Lifting Stay
Case No. 3:24-cv-02594-AMO