1  ADAM R.F. GUSTAFSON
   Principal Deputy Assistant Attorney General
2  SHEILA McANANEY (ILBN 6309635)
   Senior Attorney
3  Environmental Enforcement Section
   Environment & Natural Resources Division
4  United States Department of Justice
   P.O. Box 7611
5  Washington, D.C.  20044
6  Telephone: (202) 616-6535 (McAnaney)
   Emails: Sheila.McAnaney@usdoj.gov
7

8

9  *Attorneys for Plaintiff United States of America*

10    (Please see signature page for complete list of all parties represented)

11              UNITED STATES DISTRICT COURT
12        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA and          )
    PEOPLE OF THE STATE OF CALIFORNIA     )
15  by and through CALIFORNIA REGIONAL    )   Case No: 3:24-cv-02594-AMO
    WATER QUALITY CONTROL BOARD,          )
16  SAN FRANCISCO BAY REGION,             )   **JOINT STATUS REPORT ON**
                                          )   **ADR PROCESS AND STIPULATION**
17                                        )   **TO EXTEND STAY OF LITIGATION**
           Plaintiffs,                    )   **DEADLINES**
18                                        )
         v.                               )
19                                        )
20  CITY AND COUNTY OF SAN FRANCISCO,     )   Hon. Araceli Martínez-Olguín
                                          )
21       Defendant.                       )
22

23

24

25

26

27

28  JOINT STATUS REPORT ON ADR
    PROCESS AND STIPULATION TO EXTEND
    STAY OF LITIGATION DEADLINES
    Case No. 3:24-cv-02594-AMO

                        1

**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND**
**STAY OF LITIGATION DEADLINES**

On April 14, 2025, the Court entered the Parties' – Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") – Joint Stipulation and Order Extending Stay of Litigation Deadlines through October 31, 2025.  ECF No. 34.  The Order directs the Parties to file a joint status report by October 31, 2025, advising the Court of the status of their efforts to resolve this matter through private mediation.  *Id.*  The Court later extended that deadline to December 15, 2025, following the lapse in appropriations to the U.S. Department of Justice. ECF No. 39.  The Parties' joint response summarizing the mediation timeline and efforts to date is respectfully submitted below.

**Current Status of the Mediation and Settlement Efforts**

Since the last status report was filed on April 9, 2025, the Parties held mediation sessions on June 4, 2025, June 26, 2025, July 8, 2025, and August 26, 2025, as well as additional settlement meetings. The Parties have also exchanged proposed settlement offers encompassing different areas of injunctive relief to resolve the Plaintiffs' shared claims. The Government Plaintiffs and Defendant did not exchange settlement offers during the period covered by the Court's order staying deadlines due to the lapse of federal appropriations. See ECF No. 37. Most recently, between November 25, 2025, and December 8, 2025, Defendant responded to Plaintiffs' September 12, 2025 and September 25, 2025 offers, and updated Defendant's separate September 26, 2025 offer. The Parties plan to schedule a settlement meeting shortly to discuss those offers. The Parties are making progress on resolving the shared claims of the Government Plaintiffs and Plaintiff-Intervenor and ask the Court to continue the stay so the Parties may continue efforts to resolve the claims without further litigation.

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

1    Baykeeper and Defendant held mediation sessions on November 12, 2025 and December

2    8, 2025 to resolve Baykeeper's claims it does not share with the Government Plaintiffs. The

3    Parties exchanged term sheets on November 14, 2025, November 25, 2025, and December 10,

4    2025. The Parties are exchanging additional information.

5                              **Stay of Litigation Deadlines**

6    Counsel for the Parties have met and conferred and jointly request that the Court

7    continue to stay litigation deadlines in this matter to allow the Parties to continue settlement

8    discussions for another four months, as per the attached proposed order and the Parties'

9    stipulation. The Parties stipulate as follows:

10    1.    The Parties request that all Case Management Conferences be deferred and any

11    otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal

12    Rules of Civil Procedure, be stayed through April 15, 2026.

13    2.    The Parties shall submit a joint status report by April 15, 2026, advising the

14    Court of the status of their efforts to resolve this matter without further litigation.

15    3.    If any Party withdraws from the mediation process prior to April 15, 2026, the

16    Parties shall notify the Court within ten days of receiving written notice of withdrawal, and

17    simultaneously request the Court schedule a Case Management Conference and re-instate any

18    deadlines set under Civil L.R. 16-2(a).

19    4.    Defendant shall answer or otherwise respond to the Complaint and Complaint-in-

20    Intervention filed in this action under Rule 12 by no later than 21 days after any Party

21    withdraws from the mediation process or May 6, 2026, whichever is earlier.

22    5.    The Parties agree that Confidentiality terms of the Court's June 3, 2024 Order

23    (ECF No. 26) shall continue to govern such discussions.

24

25

26

27    JOINT STATUS REPORT ON ADR
      PROCESS AND STIPULATION TO EXTEND
28    STAY OF LITIGATION DEADLINES
      Case No. 3:24-cv-02594-AMO

                                        3

Respectfully submitted,

Dated: December 15, 2025

FOR PLAINTIFF THE UNITED STATES OF AMERICA

By:  *s/ Sheila McAnaney*

SHEILA McANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 616-6535 (McAnaney)
E-mail: sheila.mcananey@usdoj.gov


FOR PLAINTIFF REGIONAL WATER BOARD

By:  *s/ Bryant B. Cannon*
Bryant B. Cannon (SBN 284496)
Deputy Attorney General
Email:  Bryant.Cannon@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612
Telephone: (510) 879-1982


FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

By: *s/ Nicole C. Sasaki*
NICOLE C. SASAKI (SBN 298736)
Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

1     FOR DEFENDANT CITY AND COUNTY OF

2     SAN FRANCISCO:

3     By: *s/ David S. Louk*

4     DAVID CHIU (SBN 189542)
      City Attorney
5     YVONNE R. MERE (SBN 173594)
      Chief Deputy City Attorney
6     SARA J. EISENBERG (SBN 269303)
      Chief of Complex and Affirmative Litigation
7     DAVID S. LOUK (SBN 304654)
      ROBB W. KAPLA (SBN 238896)
8     ESTIE M. KUS (SBN 239523)
      Deputy City Attorney
9     San Francisco City Attorney's Office
      1390 Market St., Fox Plaza 7th Floor
10    San Francisco, CA 94102
      Telephone:     (415) 355-0844 (Louk)
11                   (415) 554-4647 (Kapla)
                     (415) 554-3924 (Kus)
12    Facsimile:     (415) 554-3924
      Email:         david.louk@sfcityatty.org
13                   robb.kapla@sfcityatty.org
14                   estie.kus@sfcityatty.org

15    ANDREW C. SILTON (Pro Hac Vice)
      JOSHUA H. VAN EATON (Pro Hac Vice)
16    Beveridge & Diamond, P.C.
      1900 N Street NW, Suite 100
17    Washington, DC 20036
      Telephone:     (202) 789-6000
18    Facsimile:     (202) 789-6190
      Email:         asilton@bdlaw.com
19                   jvaneaton@bdlaw.com

20

21

22

23

24

25

26

27    JOINT STATUS REPORT ON ADR
      PROCESS AND STIPULATION TO EXTEND
28    STAY OF LITIGATION DEADLINES
      Case No. 3:24-cv-02594-AMO

                              5

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.


*s/ Sheila McAnaney*
Sheila McAnaney
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and )
PEOPLE OF THE STATE OF CALIFORNIA )
by and through CALIFORNIA REGIONAL )
WATER QUALITY CONTROL BOARD, )
SAN FRANCISCO BAY REGION, )
)
   Plaintiffs, )
)
  v. )
)
CITY AND COUNTY OF SAN )
FRANCISCO, )
)
   Defendant. )

Case No: 3:24-cv-02594-AMO

[PROPOSED] ORDER TO
STAY LITIGATION
DEADLINES

IT IS SO ORDERED

*Judge Araceli Martinez-Olguin*

December 15, 2025

## [PROPOSED] ORDER TO STAY LITIGATION DEADLINES

1.  All Case Management Conferences will be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, are stayed through April 15, 2026.

2.  The Parties shall submit a joint status report by April 15, 2026, advising the Court of the status of their efforts to resolve this matter without further litigation.

3.  If any Party withdraws from the mediation process prior to April 15, 2026, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4.  Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any Party withdraws from the mediation process or May 6, 2026, whichever is earlier.

5.  The Confidentiality terms of the Court's June 3, 2024 Order (ECF No. 26) shall continue to govern all mediation and settlement discussions to resolve this matter.

[Proposed] Order to Stay
Litigation Deadlines
Case No. 3:24-cv-02594-AMO