DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
DAVID S. LOUK, SBN 304654
ESTIE M. KUS, SBN 239523
Deputy City Attorneys
Fox Plaza
1390 Market St., 6th Fl.
San Francisco, CA 94102-4682
Telephone:     (415) 355-0844 (Louk)
               (415) 554-3924 (Kus)
Facsimile:     (415) 437-4644
E-Mail:        david.louk@sfcityatty.org
               estie.kus@sfcityatty.org

ANDREW C. SILTON *(pro hac vice)*
JOSHUA H. VAN EATON *(pro hac vice)*
Beveridge & Diamond P.C.
1900 N Street N.W., Ste. 100
Washington, D.C. 20036
Telephone:     (202) 789-6000
E-Mail:        asilton@bdlaw.com
               jvaneaton@bdlaw.com

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>     Defendant. | Case No. 3:24-cv-02594-AMO<br><br>**STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF-INTERVENORS' MOTION TO INTERVENE (ECF NO. 46)**<br><br>Hearing Date:   May 1, 2026<br>Time:          10:00 a.m.<br>Before:       Hon. Araceli Martínez-Olguín<br>Place:        450 Golden Gate Avenue<br>              Courtroom 10 – 19th Floor<br>              San Francisco, CA 94102<br><br>Date Action Filed:   May 1, 2024 |

Stipulation to Continue Deadlines; 3:24-cv-02594-AMO          1

**STIPULATION**

Pursuant to Local Rule 7-12, Plaintiffs United States of America ("United States") and People of the State of California, by and through the California Regional Water Quality Control Board, San Francisco Bay Region ("Regional Water Board"); Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"); Proposed Plaintiff-Intervenors Christopher F. Alioto *et al.* ("Proposed Plaintiff-Intervenors"); and Defendant City and County of San Francisco, through their undersigned counsel, hereby stipulate to the following:

WHEREAS Plaintiffs United States and Regional Water Board filed a Complaint (ECF No. 1) in this action on May 1, 2024, and an Amended Complaint (ECF No. 32) on April 9, 2025;

WHEREAS Plaintiff-Intervenor Baykeeper filed its unopposed Motion to Intervene (ECF No. 18) on May 13, 2024 — granted by this Court in an Order (ECF No. 20) on May 29, 2024 — and filed its Complaint (ECF No. 24) on May 31, 2024;

WHEREAS Plaintiffs, Baykeeper, and Defendant (collectively, the "Parties") filed a Stipulation (ECF No. 25) selecting Private ADR on May 31, 2024, granted by this Court in an Order (ECF No. 26) on June 3, 2024, extending all case deadlines;

WHEREAS the Parties have engaged in ongoing settlement negotiations pursuant to private ADR, having filed subsequent stipulations and status reports on November 15, 2024 (ECF No. 28); December 9, 2024 (ECF No. 29); April 9, 2024 (ECF No. 33); and December 12, 2024 (ECF No. 40), each granted by this Court by Order and extending all case deadlines (ECF Nos. 30, 34, 37, and 41);

WHEREAS Proposed Plaintiff-Intervenors filed a Notice of Motion and Motion to Intervene ("Motion") (ECF No. 46-1) and a proposed Complaint In Intervention (ECF No. 46) on March 27, 2026;

WHEREAS this Court set a deadline of April 10, 2026, for all Responses to Proposed Plaintiff-Intervenors' Motion, and a deadline of April 17, 2026, for Proposed Plaintiff-Intervenors' Reply; and a hearing on the motion on May 1, 2026;

WHEREAS the Parties' deadline to file their next Joint Status Report, by this Court's December 15, 2025 Order (ECF No. 41), is April 15, 2026;

WHEREAS this Court's stay of all case deadlines, by that same Order, is set to expire on April 15, 2026;

WHEREAS for good cause and in the interests of efficiency and completeness, the Parties and Proposed Plaintiffs-Intervenors would each benefit from the opportunity to incorporate the forthcoming Joint Status Report in their respective Responses and Reply; and

WHEREAS extending the Response and Reply deadlines would also afford this Court the opportunity to review the Parties' and Proposed Plaintiffs-Intervenors' motion-to-intervene briefings and the forthcoming Joint Status Report together.

The Parties and Proposed Plaintiffs-Intervenors hereby stipulate that: the deadline for **Responses** to Proposed Plaintiff-Intervenors' Motion shall be **extended by five (5) days**, to and including **April 15, 2026**; the deadline for any **Reply** shall be **extended by five (5) days**, to and including **April 22, 2026**; and that if this Court determines a hearing is warranted on the motion, the hearing date be set for **Thursday, May 28, 2026**, at 2:00 p.m. Pacific Time, which comports with this Court's Standing Order scheduling procedures for civil hearings on noticed motions.

**IT IS SO STIPULATED.**

Dated:  April 2, 2026

Respectfully submitted,

By:  ___/s/ David S. Louk___

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102

Telephone: (415) 505-0844 (Louk)
(415) 554-3924 (Kus)
Facsimile: (415) 554-3924
Email: david.louk@sfcityatty.org
estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Email: asilton@bdlaw.com
jvaneaton@bdlaw.com


By:    /s/ Sheila McAnaney

*Attorney for Plaintiff*
UNITED STATES OF AMERICA

SHEILA McANANEY (ILBN 6309635) **
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 353-5316
E-mail: Sheila.McAnaney@usdoj.gov


By:    /s/ Cecilia D. Segal

*Attorneys for Plaintiff*
PEOPLE OF THE STATE OF CALIFORNIA BY AND
THROUGH CALIFORNIA REGIONAL WATER
QUALITY CONTROL BOARD, SAN FRANCISCO BAY
REGION

BRYANT B. CANNON (SBN 284496)
CECILIA D. SEGAL (SBN 310935) **
Deputy Attorneys General

Email: Bryant.Cannon@doj.ca.gov
Cecilia.Segal@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612

Telephone: (510) 879-1982

By:    /s/  Nicole C. Sasaki

NICOLE C. SASAKI (SBN 298736) **

*Attorney for Plaintiff-Intervenor*
SAN FRANCISCO BAYKEEPER

Senior Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

By:    /s/  Martin P. Neira

*Attorneys for Plaintiff-Intervenor*
CHRISTOPHER F. ALIOTO, ET AL.

DOUGLAS S. SAELTZER (SB #173088)
KHALDOUN A. BAGHDADI (SB #190111) **
MAX SCHUVER (SB #273004)
MARTIN P. NEIRA (SB #333895)

Law Offices of
Walkup, Melodia, Kelly & Schoenberg
A Professional Corporation
650 California Street, 26th Floor
San Francisco, CA 94108-2615
T: (415) 981-7210
F: (415) 391-6965

Email: dsaeltzer@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com
mneira@walkuplawoffice.com

    ***Pursuant to Civil L.R. 5-1(i)(3), the electronic
    signatory has obtained approval from this signatory.*

Stipulation to Continue Deadlines; 3:24-cv-02594-AMO    5

## <u>CERTIFICATE OF SERVICE</u>

I, CHRISTINE HOANG, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States District Court, Northern District of California by using the CM/ECF system on April 2, 2026.

**STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF-INTERVENORS' MOTION TO INTERVENE (ECF NO. 46)**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed April 2, 2026, at San Francisco, California.


/s/  *CHRISTINE HOANG*
CHRISTINE HOANG