DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Complex & Affirmative Litigation
DAVID S. LOUK, SBN 304654
ESTIE M. KUS, SBN 239523
Deputy City Attorneys
Fox Plaza
1390 Market St., 6th Fl.
San Francisco, CA 94102-4682
Telephone:      (415) 355-0844 (Louk)
                (415) 554-3924 (Kus)
Facsimile:      (415) 437-4644
E-Mail:         david.louk@sfcityatty.org
                estie.kus@sfcityatty.org

ANDREW C. SILTON *(pro hac vice)*
JOSHUA H. VAN EATON *(pro hac vice)*
Beveridge & Diamond P.C.
1900 N Street N.W., Ste. 100
Washington, D.C. 20036
Telephone:      (202) 789-6000
E-Mail:         asilton@bdlaw.com
                jvaneaton@bdlaw.com

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 3:24-cv-02594-AMO<br><br>**[PROPOSED] ORDER TO CONTINUE DEADLINES RELATED TO PLAINTIFFS-INTERVENORS' MOTION TO INTERVENE (ECF NO. 46) \*As Modified\***<br><br>Hearing Date:   May 1, 2026<br>Time:           10:00 a.m.<br>Before:         Hon. Araceli Martínez-Olguín<br>Place:          450 Golden Gate Avenue<br>                Courtroom 10 – 19th Floor<br>                San Francisco, CA 94102<br><br>Date Action Filed:   May 1, 2024 |

[Proposed] Order to Continue Deadlines;
3:24-cv-02594-AMO

1

## [PROPOSED] ORDER TO CONTINUE DEADLINES *As Modified*

1.  Plaintiffs, Plaintiff-Intervenor, and Defendants shall file any Responses, **not to exceed 25 pages combined,** to Proposed Plaintiff-Intervenors' Motion to Intervene and Proposed Complaint by and including **April 15, 2026**;

2.  Proposed Plaintiffs-Intervenors shall file any Reply, **not to exceed 15 pages**, by and including **April 22, 2026**; and

3.  The hearing on the motion shall be set for **Thursday, May 28, 2026**, at 2:00 p.m. Pacific Time, in Courtroom 10, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED

Dated: April 6, 2026

_____
Hon. Araceli Martínez-Olguín
United States District Judge

[Proposed] Order to Continue Deadlines;                    2
3:24-cv-02594-AMO