Eric J. Buescher (Bar No. 271323)
Nicole C. Sasaki (Bar No. 298736)
**SAN FRANCISCO BAYKEEPER**
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: eric@baykeeper.org
Email: nicole@baykeeper.org

Daniel Cooper (Bar No. 153576)
Kristina Hambley (Bar No. 352499)
**SYCAMORE LAW, INC.**
1004-B O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 360-2962
Email: daniel@sycamore.law
Email: kristina@sycamore.law

<u>Attorneys for Plaintiff-Intervenor</u>
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiffs, <br><br> and SAN FRANCISCO BAYKEEPER, a California non-profit corporation, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO <br><br> Defendant. | Civil Case No.: 3:24-cv-02594-AMO <br><br> **PLAINTIFF-INTERVENOR'S STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE** <br><br> **(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)** <br><br> Complaint Filed:          May 1, 2024 <br><br> Judge:          Hon. Araceli Martinez-Olguin |

Plaintiff-Intervenor's Statement of Non-Opposition to MTI

Civil Case No.: 3:24-cv-02594-AMO

- 1 -

Pursuant to Civil Local Rule 7-3(b), Plaintiff-Intervenor San Francisco Baykeeper hereby notifies the Court and all parties and their attorneys of record that it does not oppose the motion to intervene of proposed plaintiffs-intervenors (Dkt. No. 46-1), filed on March 27, 2026 and currently set for hearing on May 28, 2026 in this Court.

Dated: April 13, 2026                              Respectfully submitted,

                                             /s/ Nicole C. Sasaki
                                             NICOLE C. SASAKI
                                             Counsel for Plaintiff-Intervenor
                                             San Francisco Baykeeper