ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SHEILA McANANEY (ILBN 6309635)
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044
Telephone: (202) 353-5316
Emails: Sheila.McAnaney@usdoj.gov

*Attorneys for Plaintiff United States of America*

(Please see signature page for complete list of all parties represented)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No: 3:24-cv-02594-AMO<br><br>**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND STAY OF LITIGATION DEADLINES**<br><br>Hon. Araceli Martínez-Olguín |

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

1

**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND STAY OF LITIGATION DEADLINES**

On December 15, 2025, the Court entered the Parties' – Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") – Joint Stipulation and Order Extending Stay of Litigation Deadlines through April 15, 2026.  ECF No. 41.  The Order directs the Parties to file a joint status report by April 15, 2026, advising the Court of the status of their efforts to resolve this matter through private mediation.  *Id.*  The Parties' joint response summarizing the mediation timeline and efforts to date is respectfully submitted below.

**Current Status of the Mediation and Settlement Efforts**

Since the last status report was filed on December 12, 2025, the Parties held mediation sessions on January 8, 2026, March 12, 2026, April 6, 2026, and April 7, 2026, as well as additional settlement meetings. The Parties have also exchanged proposed settlement offers encompassing different areas of injunctive relief to resolve the Plaintiffs' shared claims.

The Parties have reached an agreement in principle on injunctive relief to resolve the Government Plaintiffs' claims related to unauthorized discharges of combined sewage to waters of the United States (First Claim for Relief), and alleged violations of permit conditions related to operation and maintenance of the sewer systems (Second Claim for Relief), recordkeeping and reporting (Fourth Claim for Relief), and contingency planning (Fifth Claim for Relief). ECF No. 32 (Government Plaintiffs' Amended Complaint).  The Parties continue to negotiate injunctive relief to address the Government Plaintiffs' alleged violations of permit requirements related to public notification (Third Claim for Relief), civil penalty, and standard settlement terms.

The agreement in principle on injunctive relief also resolves analogous claims in Baykeeper's complaint. In addition, Defendant and Baykeeper have reached an agreement in

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

principle on injunctive relief to resolve Baykeeper's outstanding claims related to violations of the Bayside Permit's receiving water limitations (Second Cause of Action) (ECF No. 24 (Complaint in Intervention)).

The agreements in principle are conditioned upon reaching agreement on the remaining issues and approval by authorized officials for the Parties. Any resolution of the United States' claims including injunctive relief would also be subject to a public notice and comment period, followed by approval by this Court. 28 C.F.R. § 50.7.

The Parties ask the Court to continue the stay so the Parties may continue efforts to resolve the claims without further litigation.

### Stay of Litigation Deadlines

Counsel for the Parties have met and conferred and jointly request that the Court continue to stay litigation deadlines in this matter to allow the Parties to continue settlement discussions for another four months, as per the attached proposed order and the Parties' stipulation. The Parties stipulate as follows:

1. The Parties request that all Case Management Conferences be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, be stayed through August 19, 2026.

2. The Parties shall submit a joint status report by August 14, 2026, advising the Court of the status of their efforts to resolve this matter without further litigation.

3. If any Party withdraws from the mediation process prior to August 19, 2026, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any Party withdraws from the mediation process or September 9, 2026, whichever is earlier.

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

5.    The Parties agree that Confidentiality terms of the Court's June 3, 2024 Order (ECF No. 26) shall continue to govern such discussions.

Respectfully submitted,

Dated: April 14, 2026

FOR PLAINTIFF THE UNITED STATES OF AMERICA

By:  *s/ Sheila McAnaney*

SHEILA McANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 353-5316
E-mail: sheila.mcananey@usdoj.gov

FOR PLAINTIFF REGIONAL WATER BOARD

By:  *s/ Cecilia D. Segal*
Cecilia D. Segal (SBN 310935)
Deputy Attorney General
Email:  cecilia.segal@doj.ca.gov
455 Golden Gate Ave., Ste. 11000
San Francisco, CA  94102
Telephone: (415) 510-3545

FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

By: *s/ Nicole C. Sasaki*
NICOLE C. SASAKI (SBN 298736)
Senior Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: *s/ David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorneys
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephone:     (415) 355-0844 (Louk)
               (415) 554-3924 (Kus)
Facsimile:     (415) 554-3924
Email:         david.louk@sfcityatty.org
               estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone:     (202) 789-6000
Facsimile:     (202) 789-6190
Email:         asilton@bdlaw.com
               jvaneaton@bdlaw.com

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO

5

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

_s/ Sheila McAnaney_

Sheila McAnaney
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044

JOINT STATUS REPORT ON ADR
PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES
Case No. 3:24-cv-02594-AMO