UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 3:24-cv-02594-AMO

**[PROPOSED] ORDER TO STAY LITIGATION DEADLINES**

Hon. Araceli Martínez-Olguín

**[PROPOSED] ORDER TO STAY LITIGATION DEADLINES**

1. All Case Management Conferences will be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, are stayed through August 19, 2026.

2. The Parties shall submit a joint status report by August 14, 2026, advising the Court of the status of their efforts to resolve this matter without further litigation.

3. If any Party withdraws from the mediation process prior to August 19, 2026, the Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any Party withdraws from the mediation process or September 9, 2026, whichever is earlier.

5. The Confidentiality terms of the Court's June 3, 2024 Order (ECF No. 26) shall continue to govern all mediation and settlement discussions to resolve this matter.

[Proposed] Order to Stay
Litigation Deadlines
Case No. 3:24-cv-02594-AMO

IT IS SO ORDERED.

Date: _____

_____
Hon. Araceli Martínez-Olguín
United States District Judge