David Chiu (SBN 189542)
City Attorney
Yvonne R. Mere (SBN 173594)
Chief Deputy City Attorney
Sara J. Eisenberg (SBN 269303)
Chief of Complex & Affirmative Litigation
David S. Louk (SBN 304654)
Estie M. Kus (SBN 239523)
**San Francisco City Attorney's Office**
Fox Plaza
1390 Market St., 6th Fl.
San Francisco, CA 94102
Phone: (415) 355-0844 (Louk)
          (415) 554-3924 (Kus)
Fax:     (415) 437-4644
Email: david.louk@sfcityatty.org
          estie.kus@sfcityatty.org

Andrew C. Silton (*pro hac vice*)
Joshua H. Van Eaton (*pro hac vice*)
**Beveridge & Diamond P.C.**
1900 N Street N.W., Suite 100
Washington, D.C. 20036
Phone: (202) 789-6000
Email: asilton@bdlaw.com
          jvaneaton@bdlaw.com

*Attorneys for Defendant*
*City and County of San Francisco*

# UNITED STATES DISTRTICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *et al.*


                                    Plaintiffs,

SAN FRANCISCO BAYKEEPER,

                                    Intervenor-Plaintiff,

and CHRISTOPHER F. ALIOTO *et al.*,

                                    Intervenor-Plaintiffs,
          v.

CITY AND COUNTY OF SAN FRANCISCO

                                    Defendant.

Case No.  4:24-cv-02594-AMO

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT-IN-INTERVENTION**

Complaint Filed: July 10, 2026

## STIPULATION EXTENDING TIME FOR DEFENDANT
## TO RESPOND TO COMPLAINT-IN-INTERVENTION

Plaintiff-Intervenors Christopher Alioto *et al.*, (Intervenors) and Defendant City and County of San Francisco (San Francisco), by and through their undersigned counsel and pursuant to Civil Local Rule 6-2, respectfully submit this Stipulation to Extend the Time for Defendant to Respond to Plaintiffs' Complaint-in-Intervention as follows:

**WHEREAS**, Intervenors filed their Complaint-in-Intervention on June 25, 2026 (Dkt. No. 66), which they amended on July 10, 2026 (Dkt. No. 67);

**WHEREAS**, San Francisco's response to the First Amended Complaint in Intervention is presently due on July 31, 2026 (Dkt. No. 52);

**WHEREAS**, Intervenors have agreed to an extension of time for San Francisco to answer or otherwise respond to the First Amended Complaint-in-Intervention, making San Francisco's response now due on or before September 29, 2026;

**WHEREAS**, Intervenors and San Francisco wish to explore resolution of Intervenors' claims without resorting to active litigation and are seeking this extension to allow time for discussions among so all the parties to this case for this purpose;

**WHEREAS**, pursuant to Civil Local Rule 6-2, the parties may stipulate in writing to extend the time within which to answer or otherwise respond to the First Amended Complaint-in-Intervention, without Court leave, provided the change will not alter the date of any event or any deadline already fixed by Court order;

**WHEREAS**, the parties agree that this stipulation does not alter the date of any event or any deadline already fixed by Court order, such that the stipulated extension herein is effective upon filing without further order of the Court;

**WHEREAS**, the filing of this stipulation does not constitute a waiver of any defenses or affirmative defenses that San Francisco may have;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Intervenors and San Francisco, through their counsel, that San Francisco shall have

2

until and including September 29, 2026, to answer or otherwise respond to the First Amended Complaint-in-Intervention.

**IT IS SO STIPULATED AND AGREED.**

Dated:  July 20, 2026

Respectfully submitted,

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: /s/ Andrew C. Silton
DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephones: (415) 355-0844 (Louk)
(415) 554-3924 (Kus)
Facsimile: (415) 554-3924
Emails: david.louk@sfcityatty.org
          estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Emails: asilton@bdlaw.com
          jvaneaton@bdlaw.com

3

FOR PLAINTIFF-INTERVENORS:

By: /s/ Khaldoun A. Baghdadi
DOUGLAS S. SAELTZER (SBN 173088)
KHALDOUN A. BAGHDADI (SBN 190111)
MAX SCHUVER (SBN 273004)
MARTIN P. NEIRA (SBN 333895)
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Fax: (415) 391-6965
Emails: dsaeltzer@walkuplawoffice.com
        kbaghdadi@walkuplawoffice.com
        mschuver@walkuplawoffice.com
        mneira@walkuplawoffice.com

4

STIPULATION EXTENDING TIME FOR DEFENDANT TO
RESPOND TO 1ST AM. COMPLAINT-IN-INTERVENTION
CASE NO. 4:24-CV-02594-AMO

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

/s/ Andrew C. Silton
Andrew C. Silton
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036

5