# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *et al.*,

                      Plaintiffs,

and SAN FRANCISCO BAYKEEPER, a California non-profit corporation,

                      Intervenor-Plaintiff,

and CHRISTOPHER F. ALIOTO, individually and as trustee of THE CHRISTOPHER F. ALIOTO TRUST, *et al.*,

                      Intervenor-Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

                      Defendant.

Case No.  4:24-cv-02594-AMO

Judge: Hon. Araceli Martínez-Olguín

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT-IN-INTERVENTION**

Amended Complaint-in-Intervention Filed: July 10, 2026

## [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO INTERVENORS' COMPLAINT-IN-INTERVENTION

Having considered the parties' Stipulation Extending Time for Defendant to Respond to the First Amended Complaint-in-Intervention, and finding good cause, the Court ORDERS as follows:

1. Defendant City and County of San Francisco shall answer or otherwise respond to Intervenor-Plaintiffs' Complaint-in-Intervention on or before September 29, 2026.

**IT IS SO ORDERED.**

Dated:

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge