# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *et al.*,

Plaintiffs,

and SAN FRANCISCO BAYKEEPER, a California non-profit corporation,

Intervenor-Plaintiff,

and CHRISTOPHER F. ALIOTO, individually and as trustee of THE CHRISTOPHER F. ALIOTO TRUST, *et al.*,

Intervenor-Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

Case No.  4:24-cv-02594-AMO
Judge: Hon. Araceli Martínez-Olguín

[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT-IN-INTERVENTION

Amended Complaint-in-Intervention Filed: July 10, 2026



IT IS SO ORDERED

Judge Araceli Martinez-Olguin

Dated: July 20, 2026

## [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO INTERVENORS' COMPLAINT-IN-INTERVENTION

Having considered the parties' Stipulation Extending Time for Defendant to Respond to the First Amended Complaint-in-Intervention, and finding good cause, the Court ORDERS as follows:

1. Defendant City and County of San Francisco shall answer or otherwise respond to Intervenor-Plaintiffs' Complaint-in-Intervention on or before September 29, 2026.