ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
SHEILA McANANEY (ILBN 6309635)
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044
Telephone: (202) 353-5316
Emails: Sheila.McAnaney@usdoj.gov

*Attorneys for Plaintiff United States of America*

(Please see signature page for complete list of all parties represented)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No: 4:24-cv-02594-AMO <br><br> **JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND STAY OF LITIGATION DEADLINES** <br><br> Hon. Araceli Martínez-Olguín |

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

1

**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND
STAY OF LITIGATION DEADLINES**

On April 14, 2026, the Court entered a Joint Stipulation and Order Extending Stay of Litigation Deadlines through August 19, 2026, filed by Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") (together, the "ADR Parties").  Dkt. No. 52. The Order directs the ADR Parties to file a joint status report no later than August 14, 2026.  *Id.* The ADR Parties' joint response summarizing the settlement timeline and efforts to date is respectfully submitted below.

**Current Status of Settlement Efforts Between the ADR Parties**

As noted in the last status report filed on May 14, 2026, the ADR Parties had reached agreement in principle on injunctive relief to resolve all but one of Plaintiffs' shared claims. Dkt. No. 62. The last area of injunctive relief to be negotiated related to the resolution of Government Plaintiffs' Third Claim for Relief – public notification. Dkt. No. 32. Since the last status report was filed on May 14, 2026, the Parties have reached agreement in principle on that remaining area of injunctive relief.

In addition, Government Plaintiffs and Defendant have reached agreement in principle on civil penalty. The Government Plaintiffs and Defendant continue to negotiate standard settlement terms to fully resolve the Government Plaintiffs' claims and held settlement meetings on July 13, 2026, July 17, 2026, August 3, 2026, and August 13, 2026, in addition to telephone calls between counsel and exchange of draft agreements. The Government Plaintiffs and Defendant anticipate reaching agreement in principle on all remaining issues in the near term.

As noted previously, Baykeeper and Defendant have also reached agreement in principle on injunctive relief to resolve claims only alleged by Baykeeper. Dkt. No. 51. Since the last

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

2

status report, Baykeeper and Defendant have exchanged draft language codifying their agreement and are making progress, with several issues remaining to be resolved.

The agreements in principle are conditioned upon reaching agreement on settlement terms and approval by authorized officials for the ADR Parties. Any resolution of the United States' claims including injunctive relief would also be subject to a public notice and comment period, followed by approval by this Court. 28 C.F.R. § 50.7.

The ADR Parties ask the Court to continue the stay so that the ADR Parties may continue efforts to resolve the claims without further litigation.

**Confidentiality of Communications with Resident Plaintiff-Intervenors**

On June 15, 2026, subsequent to the Court's entry of the Order Extending Stay of Litigation Deadlines that included the order for this Joint Status Report, the Court granted a Motion to Intervene by individual residents of the State of the California, as well as LLC or legal entities of California and owners, tenants, or occupants of real property situated in the Marina and 17th and Folsom neighborhoods of the City of San Francisco ("Resident Plaintiff-Intervenors"). As the Resident Plaintiff-Intervenors are not subject to the Court's ADR order or participants in the ongoing ADR processes, they are not signatories to this status report or the stipulation. Rather, the Court has stayed the litigation deadlines until September 29, 2026, between the Resident Plaintiff-Intervenors and the City as per its July 20, 2026 order. Dkt. No. 69.

While the Resident Plaintiff-Intervenors are not a party to the ongoing mediation or settlement discussions, the ADR Parties anticipate that certain proposed agreements in principle *may* be shared with the Resident Plaintiff-Intervenors prior to lodging with this Court. Communications between the ADR Parties related to settlement are governed by the confidentiality provisions of the Court's June 3, 2024 order. Dkt. No. 26. To facilitate the potential sharing of agreements in principle, the Parties therefore ask the Court to order that the

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

Resident Plaintiff-Intervenors be subject to the Court's Confidentiality Order as to any settlement communications or agreements shared with them.

## Stay of Litigation Deadlines

Counsel for the ADR Parties have met and conferred and jointly request that the Court continue to stay litigation deadlines in this matter to allow the ADR Parties to continue settlement discussions for another month, as per the attached proposed order and the ADR Parties' stipulation. The ADR Parties stipulate as follows:

1. The ADR Parties request that all Case Management Conferences be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, be stayed through September 23, 2026.

2. The ADR Parties shall submit a joint status report by September 18, 2026, advising the Court of the status of their efforts to resolve this matter without further litigation.

3. If any ADR Party withdraws from the mediation process prior to September 23, 2026, the ADR Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any ADR Party withdraws from the mediation process or October 16, 2026, whichever is earlier.

5. The ADR Parties agree that Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) shall continue to govern such discussions.

## Confidentiality Order as to the Resident Plaintiff-Intervenors

6. Notwithstanding the Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26), the ADR Parties agree that, if all ADR Parties consent, an ADR Party may share agreements or communications prepared by the ADR Parties subject to that order with the Resident Plaintiff-Intervenors.

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

7.    The Resident Plaintiff-Intervenors agree to comply with the confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) with regard to any agreements or communications prepared by the ADR Parties pursuant to settlement discussions and shared with the Resident Plaintiff-Intervenors.

8.    The Resident Plaintiff-Intervenors agree that nothing in this stipulation provides the Resident Plaintiff-Intervenors a right to review any settlement agreements between the ADR Parties prior to lodging with this Court nor a right of approval of such agreements.

Respectfully submitted,

Dated: August 14, 2026

FOR PLAINTIFF THE UNITED STATES OF AMERICA

By:  *s/ Sheila McAnaney*

SHEILA McANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044
Telephone: (202) 353-5316
E-mail: sheila.mcananey@usdoj.gov

FOR PLAINTIFF REGIONAL WATER BOARD

By: *s/ Bryant B. Cannon*
BRYANT B. CANNON (SBN 284496)
Deputy Attorney General
Email:  Bryant.cannon@doj.ca.gov
1515 Clay Street, Suite 2000
Oakland, CA 94612
Telephone: (510) 879-1982

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

5

FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

By: *s/ Nicole C. Sasaki*
NICOLE C. SASAKI (SBN 298736)
Senior Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

FOR RESIDENT PLAINTIFF-INTERVENORS:

By: *s/ Khaldoun A. Baghdadi*

DOUGLAS S. SAELTZER (SBN 173088)
KHALDOUN A. BAGHDADI (SBN 19011)
MAX SCHUVER (SBN 273004)
MARTIN P. NEIRA (SBN 333895)
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone:    (415) 981-7210
Facsimile:    (415) 391-6965
Email:        dsaeltzer@walkuplawoffice.com
              kbaghdadi@walkuplawoffice.com
              mschuver@walkuplawoffice.com
              mneira@walkuplawoffice.com

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: *s/ David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorneys
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephone:    (415) 355-0844 (Louk)
              (415) 554-3924 (Kus)
Facsimile:    (415) 554-3924

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

6

Email:        david.louk@sfcityatty.org
               estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone:    (202) 789-6000
Facsimile:     (202) 789-6190
Email:         asilton@bdlaw.com
              jvaneaton@bdlaw.com

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

7

**<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

<u>s/ Sheila McAnaney</u>
Sheila McAnaney
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Washington, DC  20044

JOINT STATUS REPORT

Case No. 4:24-cv-02594-AMO

8