UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No: 4:24-cv-02594-AMO<br><br>**~~[PROPOSED]~~ ORDER TO STAY LITIGATION DEADLINES**<br><br>Hon. Araceli Martínez-Olguín |

**~~[PROPOSED]~~ ORDER TO STAY LITIGATION DEADLINES**

1. All Case Management Conferences will be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, are stayed through September 23, 2026 as between Plaintiffs the United States, People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region, and San Francisco Baykeeper, and Defendant City and County of San Francisco (the "ADR Parties").
2. The ADR Parties shall submit a joint status report by September 18, 2026, advising the Court of the status of their efforts to resolve this matter without further litigation.
3. If any ADR Party withdraws from the mediation process prior to September 23, 2026, the ADR Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

4. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any ADR Party withdraws from the mediation process or October 16, 2026, whichever is earlier.
5. The Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) shall continue to govern all mediation and settlement discussions to resolve this matter.
6. Notwithstanding the Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26), if all the ADR Parties consent, the ADR Parties may share agreements or communications prepared as part of settlement discussions pursuant to that Order with the Plaintiff-Intervenors comprised of individual residents of the State of the California, as well as LLC or legal entities of California and owners, tenants, or occupants of real property situated in the Marina and 17th and Folsom neighborhoods of the City of San Francisco ("Resident Plaintiff-Intervenors").
7. The Resident Plaintiff-Intervenors shall comply with the confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) with regard to any agreements or communications related to settlement discussions shared by the ADR Parties.

IT IS SO ORDERED.

Date: August 17, 2026

Hon. Araceli Martínez-Olguín
United States District Judge