David Chiu (#189542)
City Attorney
Yvonne R. Meré (#173594)
Chief Deputy City Attorney
Sara J. Eisenberg (#269303)
Chief of Complex & Affirmative Litigation
David S. Louk (#304654)
Estie M. Kus (#239523)
**San Francisco City Attorney's Office**
Fox Plaza
1390 Market St., 6th Fl.
San Francisco, CA 94102
Phone: (415) 355-0844 (Louk)
(415) 554-3924 (Kus)
Fax: (415) 437-4644
Email: david.louk@sfcityatty.org
estie.kus@sfcityatty.org

Andrew C. Silton (*pro hac vice*)
Joshua H. Van Eaton (*pro hac vice*)
**Beveridge & Diamond P.C.**
1900 N Street N.W., Suite 100
Washington, D.C. 20036
Phone: (202) 789-6000
Email: asilton@bdlaw.com
jvaneaton@bdlaw.com

*Attorneys for Defendant*
*City and County of San Francisco*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br><br>Plaintiffs,<br><br>SAN FRANCISCO BAYKEEPER,<br><br>Intervenor-Plaintiff,<br><br>and CHRISTOPHER F. ALIOTO *et al.*,<br><br>Intervenor-Plaintiffs,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO<br><br>Defendant. | Case No. 4:24-cv-02594-AMO<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT-IN-INTERVENTION**<br><br>Complaint Filed: July 10, 2026 |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT-IN-INTERVENTION**

Plaintiff-Intervenors Christopher Alioto *et al.*, (Intervenors) and Defendant City and County of San Francisco (San Francisco), by and through their undersigned counsel and pursuant to Civil Local Rule 6-2, respectfully submit this Stipulation to Extend the Time for Defendant to Respond to Plaintiffs' Complaint-in-Intervention as follows:

**WHEREAS**, Intervenors filed their Complaint-in-Intervention on June 25, 2026 (Dkt. No. 66), which they amended on July 10, 2026 (Dkt. No. 67);

**WHEREAS**, San Francisco's response to the First Amended Complaint in Intervention is presently due on September 29, 2026 (Dkt. No. 69);

**WHEREAS**, Intervenors have agreed to an extension of time for San Francisco to answer or otherwise respond to the First Amended Complaint-in-Intervention, making San Francisco's response now due on or before January 29, 2027;

**WHEREAS**, Intervenors and San Francisco wish to explore resolution of Intervenors' claims without resorting to active litigation and are seeking this extension to allow time for discussions among so all the parties to this case for this purpose;

**WHEREAS**, the Court, in its August 17, 2026 Order (Dkt. No. 71) ordered that Plaintiffs the United States, People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region, and San Francisco Baykeeper, and Defendant City and County of San Francisco (the "ADR Parties") may share agreements or communications prepared as apart of confidential settlement discussions with Intervenors in order to explore resolution of Intervenors' claims without resorting to active litigation;

**WHEREAS**, Intervenors, San Francisco, and the other ADR Parties are presently preparing to enter into a standalone confidentiality agreement so that the ADR Parties may share the proposed settlement agreements with counsel for the Intervenors, in order to explore resolution of Intervenors' claims;

**WHEREAS**, pursuant to Civil Local Rule 6-2, the parties may stipulate in writing to extend the time within which to answer or otherwise respond to the First Amended Complaint-in-Intervention, without Court leave, provided the change will not alter the date of any event or any deadline already fixed by Court order;

**WHEREAS**, the parties agree that this stipulation does not alter the date of any event or any deadline already fixed by Court order, such that the stipulated extension herein is effective upon filing without further order of the Court;

**WHEREAS**, the filing of this stipulation does not constitute a waiver of any defenses or affirmative defenses that San Francisco may have;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Intervenors and San Francisco, through their counsel, that San Francisco shall have until and including January 29, 2027, to answer or otherwise respond to the First Amended Complaint-in-Intervention.

**IT IS SO STIPULATED AND AGREED.**

Dated: September 8, 2026

Respectfully submitted,

*For Defendant City and County of San Francisco*:

By: /s/ *David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorney
**San Francisco City Attorney's Office**
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephones: (415) 355-0844 (Louk)
(415) 554-3924 (Kus)
Facsimile: (415) 554-3924

Emails: david.louk@sfcityatty.org
estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
**Beveridge & Diamond, P.C.**
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Emails: asilton@bdlaw.com
jvaneaton@bdlaw.com

*For Plaintiff-Intervenors*:

By: /s/ *Khaldoun A. Baghdadi***

DOUGLAS S. SAELTZER (SBN 173088)
KHALDOUN A. BAGHDADI (SBN 190111)
MAX SCHUVER (SBN 273004)
MARTIN P. NEIRA (SBN 333895)
**Walkup, Melodia, Kelly & Schoenberger**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: 415-981-7210
Fax: (415) 391-6965
Emails: dsaeltzer@walkuplawoffice.com
kbaghdadi@walkuplawoffice.com
mschuver@walkuplawoffice.com
mneira@walkuplawoffice.com

**Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.