ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division
SHEILA McANANEY (ILBN 6309635)
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 353-5316
Emails: Sheila.McAnaney@usdoj.gov

*Attorneys for Plaintiff United States of America*

(Please see signature page for complete list of all parties represented)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No: 4:24-cv-02594-AMO<br><br>**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND STAY OF LITIGATION DEADLINES**<br><br>Hon. Araceli Martínez-Olguín |

**JOINT STATUS REPORT ON ADR PROCESS AND STIPULATION TO EXTEND STAY OF LITIGATION DEADLINES**

On August 17, 2026, the Court entered a Joint Stipulation and Order Extending Stay of Litigation Deadlines through September 23, 2026, filed by Plaintiff United States of America ("United States"), Plaintiff People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region (the "Regional Water Board"), Plaintiff-Intervenor San Francisco Baykeeper ("Baykeeper"), and Defendant City and County of San Francisco ("City" or "Defendant") (together, the "ADR Parties"). Dkt. No. 71. The Order directs the ADR Parties to file a joint status report no later than September 18, 2026. *Id.* The ADR Parties' joint response summarizing the settlement timeline and efforts to date is respectfully submitted below.

**Current Status of Settlement Efforts Between the ADR Parties**

The ADR Parties have reached agreements in principle to resolve Plaintiffs' claims on all issues. The agreements in principle are conditioned upon approval by authorized officials for the ADR Parties. In addition, the ADR Parties agreed to share the agreements in principle with Plaintiff-Intervenors Christopher Alioto *et al.* ("Resident Intervenors") for a period of 15 Days and receive comments from the Resident Intervenors on the agreements prior to seeking final approvals from authorized officials. This period ends on September 24, 2026.

Obtaining approvals from authorized officials is likely to take at least through the end of the calendar year. Pursuant to the City's Charter, the City's approval process includes, at a minimum, the following steps: a formal recommendation to settle by the San Francisco Public Utilities Commission; a public hearing before the Government Audit and Oversight Committee of the San Francisco Board of Supervisors; a first reading with opportunity for public comment before the Board of Supervisors; and a second reading with opportunity for public comment before the Board of Supervisors. After the Board of Supervisors approves the settlement, the Mayor has ten days to sign, veto, or let the legislative approval go into effect.

Any resolution of the United States' claims including injunctive relief is subject to a public notice and comment period, followed by approval by this Court. 28 C.F.R. § 50.7. Once all approvals of the Government Plaintiffs' resolution are obtained, the United States will lodge a proposed settlement with the Court, publish a notice of the settlement in the Federal Register, and solicit public comments for a period of at least 30 days. If, after review and evaluation of any comments received, the United States continues to believe that the settlement is fair, reasonable, and in the public interest, it will move the Court to enter the settlement as a final order.

Baykeeper's Settlement Agreement with the City will also go through the City's approval processes, but the approval process relating to the United States' claims is not required. Baykeeper and the City anticipate seeking judicial approval of the Baykeeper Settlement Agreement in parallel with the Government Plaintiffs' Consent Decree with the City.

The ADR Parties ask the Court to continue the stay through the end of January, so that the ADR Parties may consider comments from the Resident Intervenors and seek approvals to resolve the claims without further litigation.

**Stay of Litigation Deadlines**

Counsel for the ADR Parties have met and conferred and jointly request that the Court continue to stay litigation deadlines in this matter to allow the ADR Parties to continue to seek resolution of the matter, as per the attached proposed order and the ADR Parties' stipulation. The ADR Parties stipulate as follows:

1. The ADR Parties request that all Case Management Conferences be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, be stayed through January 29, 2027.

2. The ADR Parties shall submit a joint status report by January 22, 2027, advising the Court of the status of their efforts to resolve this matter without further litigation, unless the United States and the City have already lodged a proposed Consent Decree and Settlement Agreement, respectively, by that date, in which case no status report is required.

3. The ADR Parties further request that, should the United States lodge a proposed Consent Decree before January 22, 2027, that the stay be continued until and unless the United States informs the Court that it is withdrawing consent from a proposed Consent Decree.

4. If any ADR Party withdraws from the mediation process prior to January 29, 2027, the ADR Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).

5. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any ADR Party withdraws from the mediation process or February 19, 2027, whichever is earlier.

6. The ADR Parties agree that Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) shall continue to govern such discussions.

Respectfully submitted,

Dated: September 18, 2026

FOR PLAINTIFF THE UNITED STATES OF AMERICA

By: *s/ Sheila McAnaney*

SHEILA McANANEY (ILBN 6309635)
Senior Attorney
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 353-5316
E-mail: sheila.mcananey@usdoj.gov

FOR PLAINTIFF REGIONAL WATER BOARD

By: *s/ Bryant B. Cannon*

BRYANT B. CANNON (SBN 284496)
Deputy Attorney General

Email: Bryant.cannon@doj.ca.gov
1515 Clay Street, Suite 2000
Oakland, CA 94612
Telephone: (510) 879-1982

FOR PLAINTIFF-INTERVENOR SAN FRANCISCO BAYKEEPER:

By: *s/ Nicole C. Sasaki*
NICOLE C. SASAKI (SBN 298736)
Senior Staff Attorney
Email: nicole@baykeeper.org
1736 Franklin Street, Suite 800
Oakland, CA 94612

FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO:

By: *s/ David S. Louk*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERE (SBN 173594)
Chief Deputy City Attorney
SARA J. EISENBERG (SBN 269303)
Chief of Complex and Affirmative Litigation
DAVID S. LOUK (SBN 304654)
ESTIE M. KUS (SBN 239523)
Deputy City Attorneys
San Francisco City Attorney's Office
1390 Market St., Fox Plaza 7th Floor
San Francisco, CA 94102
Telephone: (415) 355-0844 (Louk)
(415) 554-3924 (Kus)
Facsimile: (415) 554-3924
Email: david.louk@sfcityatty.org
estie.kus@sfcityatty.org

ANDREW C. SILTON (Pro Hac Vice)
JOSHUA H. VAN EATON (Pro Hac Vice)
Beveridge & Diamond, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Email: asilton@bdlaw.com
jvaneaton@bdlaw.com

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

*s/ Sheila McAnaney*

Sheila McAnaney
Senior Attorney
U.S. Department of Justice
Environmental Enforcement Section
P.O. Box 7611
Washington, DC 20044