UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA by and through CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No: 4:24-cv-02594-AMO<br><br>**~~[PROPOSED]~~ ORDER TO STAY LITIGATION DEADLINES**<br><br>Hon. Araceli Martínez-Olguín |

## ~~[PROPOSED]~~ ORDER TO STAY LITIGATION DEADLINES

1. All Case Management Conferences will be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil Procedure, are stayed through January 29, 2027, as between Plaintiffs the United States, People of the State of California by and through the California Regional Water Quality Control Board, San Francisco Bay Region, and San Francisco Baykeeper, and Defendant City and County of San Francisco (the “ADR Parties”).
2. The ADR Parties shall submit a joint status report by January 22, 2027, advising the Court of the status of their efforts to resolve this matter without further litigation, unless the United States has lodged a proposed Consent Decree with this Court prior to that date, in which case no joint status report is required.
3. Should the United States lodge a proposed Consent Decree with this Court prior to January 22, 2027, all Case Management Conferences will be deferred and any otherwise applicable deadlines, including deadlines under Rules 12, 16, and 26 of the Federal Rules of Civil

Procedure, are stayed until and unless the United States informs the Court that it is withdrawing consent from a proposed Consent Decree.

4. If any ADR Party withdraws from the mediation process prior to January 29, 2027, the ADR Parties shall notify the Court within ten days of receiving written notice of withdrawal, and simultaneously request the Court schedule a Case Management Conference and re-instate any deadlines set under Civil L.R. 16-2(a).
5. Defendant shall answer or otherwise respond to the Complaint and Complaint-in-Intervention filed in this action under Rule 12 by no later than 21 days after any ADR Party withdraws from the mediation process or February 19, 2027, whichever is earlier.
6. The Confidentiality terms of the Court's June 3, 2024 Order (Dkt. No. 26) shall continue to govern all mediation and settlement discussions to resolve this matter.

IT IS SO ORDERED.

Date: September 18, 2026

Hon. Araceli Martínez-Olguín
United States District Judge